# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY EMEKA AMADI, | NO. CV 06-04832 GW (SS) |
| Petitioner, | **ORDER ADOPTING FINDINGS,** |
| v. | **CONCLUSIONS AND RECOMMENDATIONS** |
| DEBRA HERNDON, Warden, | **OF UNITED STATES MAGISTRATE JUDGE** |
| Respondent.[1] | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, the Magistrate Judge's Report and Recommendation, and Petitioner's Objections. After having made a _de novo_ determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and adopts the findings and conclusions of the Magistrate Judge.

\\\

Accordingly, IT IS ORDERED THAT:

---

[1] Debra Herndon is the warden of Ironwood State Prison, where Petitioner is currently incarcerated. She is therefore substituted as the proper Respondent. Substitution of the proper custodian is authorized by Rule 2(a) of the Rules Governing Section 2254 Cases in the United States District Courts and Rule 25(d) of the Federal Rules of Civil Procedure.

1.   The Petition is DENIED and Judgment shall be entered dismissing this action with prejudice.

2.   The Clerk shall serve copies of this Order and the Judgment herein by United States mail on Petitioner and on counsel for Respondent.

Dated: March 26, 2009.

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE