1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

HENRY EMEKA AMADI,              )     CASE NO. CV 06-04832 GW (SS)
                               )
                Petitioner,    )     **JUDGMENT**
                               )
         v.                    )
                               )
DEBRA HERNDON, Warden,         )
                               )
                Respondent.    ))
_____)

     Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

     IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated: March 26, 2009.

                                   _____
                                   GEORGE H. WU
                                   UNITED STATES DISTRICT JUDGE